UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80051-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JULIEN GARCON,
    Defendant.
_____/

### ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** come before the court upon the report and recommendation of a United States Magistrate as to defendant's motion to suppress evidence derived from two search warrants lacking substantial basis for probable cause and from law enforcement's illegal search and seizure, [DE 90], filed October 25, 2007. In accordance with 28 U.S.C. §636 (b)(1)(c), and upon defendant's objections to the magistrate's report, this court conducted a *de novo* review of the matter. Upon such review, the court is in complete accord with the magistrate's findings of fact and conclusions of law as set out in the report and recommendation. Accordingly, it is hereby

**ORDERED** and **ADJUDGED** that:

1. The magistrate judge's report and recommendation are **adopted**.

2. The defendant's motion to suppress is **granted in part** and **denied in part** as follows:

    a) The motion to suppress the evidence of the search of Apartment 5213 from the search warrant issued by Judge Libitz is **denied**;

b) The motion to suppress the search of the Audi on March 22, 2007, is **granted**; and

c) The motion to suppress the search at 4660 Portofine Way, Apartment 201, on March 22, 2007, is **granted**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 2ND day of January, 2008.

**copy furnished:**
Chief Magistrate Judge Ann E. Vitunac
All counsel of record

_____
Daniel T. K. Hurley
United States District Judge