UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80051-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIEN GARCON,

    Defendant.
_____/

**ORDER ADOPTING JANUARY 15, 2008 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DENYING DEFENDANT'S MOTION TO SUPPRESS**

    **THIS CAUSE** is before the court upon the defendant's motion to suppress evidence [DE # 107], and the report and recommendation of U.S. Magistrate Judge Ann E. Vitunac [DE # 34], entered January 15, 2008, recommending that the defendant's motion be denied. No objection was filed to the magistrate judge's report.

    Pursuant to 28 U.S.C. § 636(b)(1), the district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1). The statute requires that objections be filed within ten days of service of the report and recommendation. *See* 28 U.S.C. § 636(b)(1).

Order Adopting Report and Recommendation
United States v. Garcon
Case No. 07-80051-CR-HURLEY/VITUNAC

After due consideration of the magistrate judge's report, it is hereby **ORDERED** and **ADJUDGED** that:

1. The report and recommendation of the United States Magistrate Judge [DE # 134] is **ADOPTED** in its entirety and incorporated herein by reference.

2. The defendant's motion to suppress evidence [DE # 107] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this __13th__ day of February, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*
United States Magistrate Judge Ann E. Vitunac